# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1652. RICHARD JERRY MCLEOD v. CHRISTOPHER T. MCCARD et al.**

In this quiet title action, the trial court granted the defendants' motion to dismiss Richard Jerry McLeod's petition on February 12, 2020. McLeod filed a motion for new trial, which the trial court denied on April 14, 2023. McLeod then filed his notice of appeal on June 5, 2023. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317, 317 (1) (454 SE2d 458) (1995). Here, McLeod filed his notice of appeal 52 days after the entry of the order he seeks to appeal. Because McLeod's notice of appeal is untimely, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 06/22/2023
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen

, *Clerk.*